October 27, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE MATTER OF THE MARRIAGE OF CLINTON BOWERS AND BARBARA BOWERS

NO. 14-15-00021-CV

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 21, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Clinton Bowers.

We further order this decision certified below for observance.